IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CATALYST MEDIUM FOUR, INC., dba CM4,<br><br>    Plaintiff,<br><br>v.<br><br>PRODUCT ZONE GROUP, INC., and<br>OVADIA SHMUEL, SR., an individual<br><br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:16-cv-00894<br><br><br><br>**JURY TRIAL DEMANDED** |

## CATALYST MEDIUM FOUR, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Catalyst Medium Four, Inc., dba CM4. ("CM4") makes the following statement:

There is no parent corporation of CM4.  There are no publicly held corporations that hold ten percent (10%) or more of CM4's stock.

Respectfully submitted,

Dated:  July 21, 2016

_____
J. Scott Denko
State Bar No. 00792457
denko@dcllegal.com
John M. Bustamante
State Bar No. 24040618
butstamante@dcllegal.com
DENKO & BUSTAMANTE LLP
114 W. 7th St., Suite 1100
Austin, Texas 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075

**ATTORNEYS FOR PLAINTIFF
CATALYST MEDIUM FOUR, INC.,
dba CM4**