IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CATALYST MEDIUM FOUR, INC., dba CM4, | § <br> § <br> § CIVIL ACTION NO. 1:16-cv-00894 |
| Plaintiff, | § <br> § |
| v. | § <br> § **JURY TRIAL DEMANDED** |
| PRODUCT ZONE GROUP, INC., and <br> OVADIA SHMUEL, SR., an individual | § <br> § <br> § |
| Defendants. | § <br> § <br> § |

## CATALYST MEDIUM FOUR, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Catalyst Medium Four, Inc., dba CM4. ("CM4") makes the following statement:

There is no parent corporation of CM4. There are no publicly held corporations that hold ten percent (10%) or more of CM4's stock.

Dated: July 21, 2016

Respectfully submitted,

  /s/ J. Scott Denko
J. Scott Denko
State Bar No. 00792457
denko@dcllegal.com
John M. Bustamante
State Bar No. 24040618
butstamante@dcllegal.com
DENKO & BUSTAMANTE LLP
114 W. 7th St., Suite 1100
Austin, Texas 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075

**ATTORNEYS FOR PLAINTIFF
CATALYST MEDIUM FOUR, INC.,
dba CM4**