**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CATALYST MEDIUM FOUR, INC., dba CM4, § § § § § Plaintiff, § § v. § § PRODUCT ZONE GROUP, INC., and § SHMUEL OVADIA, an individual § § Defendants. § § | CIVIL ACTION NO. 1:16-CV-00894-LY<br><br>**JURY TRIAL DEMANDED** |

_____

## STIPULATION OF DISMISSAL OF SHMUEL OVADIA WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)A(ii)

Pursuant to Rule 41(a)(1)A(ii) of the Federal Rules of Civil Procedure, the Plaintiff Catalyst Medium Four (CM4) and Defendants Product Zone Group LLP and Shmuel Ovadia (the "Defendants") (together "the Parties") stipulate dismissal of Shmuel Ovadia with prejudice.

Dated:  September 25, 2017

  /s/ J. Scott Denko
J. Scott Denko
State Bar No. 00792457
denko@dcllegal.com
John M. Bustamante
State Bar No. 24040618
butstamante@dcllegal.com
**DENKO & BUSTAMANTE LLP**
114 W. 7th St., Suite 1100
Austin, Texas 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075

**ATTORNEYS FOR PLAINTIFF**
**CATALYST MEDIUM FOUR, INC., dba CM4**

  /s/ Steven D. Urban
Steven D. Urban
State Bar No. 24028179
Email: surban@urbanlawoffices.com
**LAW OFFICES OF STEVEN D. URBAN**
1701 Directors Blvd., Ste. 290
Austin, Texas 78744
512-761-8529
512-761-7290 facsimile

**ATTORNEY FOR DEFENDANTS**
**PRODUCT ZONE GROUP, INC. AND SHMUEL OVADIA**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2017, a copy of the foregoing was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all parties registered for such service.

    /s/ J. Scott Denko
J. Scott Denko